FILED
U.S. DISTRICT COURT
SAV
2013 JUN 19
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES LYNN,

    Petitioner,

v.

GLEN JOHNSON, Warden,

    Respondent.

CIVIL ACTION NO.: CV613-014

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner James Lynn ("Lynn") asserts that grounds 1-4 of his habeas corpus petition are not newly raised and thus, not subject to procedural default. Essentially, Lynn restates his arguments regarding the alleged errors committed by the state trial court. Lynn does not make any objection to the remaining portions of the Magistrate Judge's Report.

While grounds 1-4 of Lynn's Petition are based on the same alleged trial court errors Lynn raised in the state courts, those claims are procedurally defaulted under Georgia's successive petition rule O.C.G.A. § 9-14-51. In his Petition, Lynn asserts grounds 1-4 are violations of the rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution. (Doc. No. 1, pp. 5-10). The only *federal constitutional* arguments raised by Lynn in either his direct appeal or state habeas corpus case were based on ineffective assistance of appellate counsel. (Doc.

No. 7-2; Doc. No. 7-6, pp. 38-45). "If a habeas petitioner wishes to claim that an evidentiary ruling at a state court trial denied him the due process of law guaranteed by the Fourteenth Amendment, he must say so, not only in federal court, but in state court." Duncan v. Henry, 513 U.S. 364, 366 (1995). As the Magistrate Judge stated, "Lynn could and should have raised these allegations in the state courts." (Doc. No. 9, p.5). Further, Lynn does not set forth any facts or evidence which reveal that he satisfies his burden of demonstrating actual prejudice. Coleman v. Thompson, 501 U.S. 722, 753 (1991).

Lynn's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Lynn's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this _14_ day of June, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)